## 1054.  BARKER v. THE STATE.

POWELL, J.  The evidence was circumstantial only, and presented several reasonable theories other than that of the defendant's guilt.

*Judgment reversed.*

Accusation of larceny, from city court of Tifton—Judge Eve. February 3, 1908.

Submitted March 31,—Decided April 22, 1908.

*Smith & Foy,* for plaintiff in error.

*W. J. Wallace, solicitor,* contra.